UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 13−33114
 Chapter 13
JoCatherine Simmons,

  Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

Since the debtor filed a motion to dismiss this chapter 13 bankruptcy case, and the case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208, it is

**ORDERED** that this bankruptcy case is **DISMISSED.** It is

**FURTHER ORDERED** that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

All pending motions and objections are terminated with this order. If this case is reinstated, any motions so terminated may be refiled without an additional filing fee.

Dated November 15, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

```
United States Bankruptcy Court
Middle District of Alabama
```

In re:                                                                          Case No. 13-33114-DHW
JoCatherine Simmons                                                             Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1127-2        User: loverton         Page 1 of 2            Date Rcvd: Nov 15, 2017
                            Form ID: odsm13        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
```
db              +JoCatherine Simmons,    P.O.Box 681,    Goodwater, AL 35072-0681
2972187         +AMCOL SYSTEMS INC,    111 LANCEWOOD RD,    COLUMBIA, SC 29210-7523
3044156         +Capital Recovery V, LLC,    c/o Recovery Management Systems Corporat,    Post Office Box 12931,
                  Norfolk, VA 23541-0931
2972191         +Check Into Cash,    3706 Hwy 280,    Alexander City, AL 35010-3328
2972199          DIREC MGMT,    4320 DOWNTOWNER LO,    MOBILE, AL 36609
2983155         +Drs. Turner & Elledge,    c/o MacDowell & Associates Ltd. Inc.,    P.O. Box 131029,
                  Mt. Brook, AL 35213-6029
2972181          EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2972183          EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2972202         +FRANKLIN COLLECTION SV,    2978 W JACKSON ST,    TUPELO, MS 38801-6731
2972207         +MAX CREDIT UNION,    POB 244040,    MONTGOMERY, AL 36124-4040
2972208         +Max Federal Credit Uni,    PO BOX 244040,    MONTGOMERY, AL 36124-4040
2972209         +TITLE CASH,    613 South Main Street,    Wetumpka, AL 36092-2812
2972182          TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2972184         +Fax: 864-336-7400 Nov 15 2017 22:23:59      ADVANCE AMERICA,    5374 US HWY 231,
                  Wetumpka, AL 36092-3167
2972185         +EDI: GMACFS.COM Nov 15 2017 20:53:00       ALLY FINANCIAL,   200 RENAISSANCE CTR,
                  DETROIT, MI 48243-1300
2981217          EDI: GMACFS.COM Nov 15 2017 20:53:00       Ally Financial serviced by Ally Servicing LLC,
                  PO Box 130424,    Roseville, MN 55113-0004
3051424         +E-mail/Text: bankruptcy@tritonmgt.com Nov 15 2017 20:56:17      Always Money,    4642 U S Hwy 231,
                  Wetumpka, AL 36092-3312
2972188          EDI: BANKAMER.COM Nov 15 2017 20:53:00       BANK OF AMERICA,    PO BOX 982235,
                  EL PASO, TX 79998
2972189         +EDI: CAPITALONE.COM Nov 15 2017 20:53:00       CAP ONE,    PO BOX 30253,
                  SALT LAKE CITY, UT 84130-0253
2972192         +EDI: WFNNB.COM Nov 15 2017 20:53:00       COMENITY BANK/CATHRINS,    1103 ALLEN DRIVE,
                  MILFORD, OH 45150-8763
2972194          EDI: WFNNB.COM Nov 15 2017 20:53:00       COMENITY BANK/GOODYS,    P O BOX 29185,
                  MISSION, KS 66201
2972193         +EDI: WFNNB.COM Nov 15 2017 20:53:00       COMENITY BANK/GOODYS,    ATTENTION: BANKRUPTCY,
                  PO BOX 182686,    COLUMBUS, OH 43218-2686
2972196         +EDI: WFNNB.COM Nov 15 2017 20:53:00       COMENITY BANK/PEEBLES,    ATTENTION: BANKRUPTCY,
                  PO BOX 182686,    COLUMBUS, OH 43218-2686
2972190         +EDI: CAPITALONE.COM Nov 15 2017 20:53:00       Capital 1 Bank,    ATTN: BANKRUPTCY DEPT.,
                  PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
2992095          E-mail/Text: khorner@checkintocash.com Nov 15 2017 20:56:19       Check Into Cash,   PO Box 550,
                  Cleveland, TN 37364-0550
2972195         +EDI: WFNNB.COM Nov 15 2017 20:53:00       Comenity Bank/Jessica London,    ATTENTION: BANKRUPTCY,
                  P.O. BOX 182686,    COLUMBUS, OH 43218-2686
2995456         +E-mail/Text: bk@creditcentralllc.com Nov 15 2017 20:56:16      Credit Central,
                  700 E North Street,    Suite 15,    Greenville, SC 29601-3013
2972197         +E-mail/Text: bk@creditcentralllc.com Nov 15 2017 20:56:16      Credit Central South,
                  213 North Broadway,    Sylacauga, AL 35150-2525
2972198          EDI: RCSDELL.COM Nov 15 2017 20:53:00       Dell Financial Services,
                  DELL FINANCIAL SERVICES ATTN: BANKRUPCTY,     PO BOX 81577,    AUSTIN, TX 78708
2972200         +EDI: TSYS2.COM Nov 15 2017 20:53:00       DSNB MACYS,    9111 DUKE BLVD,    MASON, OH 45040-8999
2978972         +EDI: TSYS2.COM Nov 15 2017 20:53:00       Department Stores National Bank/Macys,
                  Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
2972203         +EDI: RMSC.COM Nov 15 2017 20:53:00       GECRB/JC Penny,    ATTENTION: BANKRUPTCY,
                  PO BOX 103104,    ROSWELL, GA 30076-9104
2972205         +EDI: PHINAMERI.COM Nov 15 2017 20:53:00       GM FINANCIAL,    PO BOX 181145,
                  ARLINGTON, TX 76096-1145
2972204         +EDI: RMSC.COM Nov 15 2017 20:53:00       Gemb/walmart,    ATTN: BANKRUPTCY,    PO BOX 103104,
                  ROSWELL, GA 30076-9104
2972206         +EDI: IIC9.COM Nov 15 2017 20:53:00       IC System,    ATTN: BANKRUPTCY,
                  444 HIGHWAY 96 EAST; PO BOX 64378,     ST. PAUL, MN 55164-0378
3038944          EDI: PRA.COM Nov 15 2017 20:53:00       Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
3002544          EDI: Q3G.COM Nov 15 2017 20:53:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
2972186          E-mail/Text: bankruptcy@tritonmgt.com Nov 15 2017 20:56:17      Always Money,    4876 US HWY 231,
                  Wetumpka, AL 36092
2989861          E-mail/Text: legal_bankruptcy@badcock.com Nov 15 2017 20:55:50       W. S. Badcock Corporation,
                  Post Office Box 232,    Mulberry, FL 33860
3024471         +EDI: BLUESTEM Nov 15 2017 20:53:00       Webbank-Fingerhut,    6250 Ridgewood Rd,
                  St. Cloud, MN 56303-0820
                                                                                              TOTAL: 27
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2972201           FARMERS FURNITURE
2972210           WEBBANK/FINGERHUT
3191015*          Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
3041554*         ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                  (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                    PO Box 10390,   Greenville, SC 29603-0390)
                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor   MAX CREDIT UNION noticesmd@chambless-math.com
              Paul J. Spina, III    on behalf of Creditor   Ally Financial Inc. pspina@spinalavelle.com
              Paul R Knighten    on behalf of Creditor   W. S. Badcock Corporation paul@knightenlawfirm.com,
               contact@knightenlawfirm.com
              Richard D. Shinbaum    on behalf of Debtor JoCatherine  Simmons rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                         TOTAL: 6